UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HAYS,<br><br>                Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>                Defendant. | Case No.  20cv0044-JAH (AHG)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On February 18, 2020, Defendant filed a motion to dismiss Plaintiff's complaint and compel arbitration. Doc. No. 4. Defendant's motion is set for hearing on March 23, 2020.

The Court finds it appropriate to set a briefing scheduling on Defendant's pending motion. Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff shall file a response to Defendant's motion by **March 2, 2020.**

2. If Defendant wishes to reply to Plaintiff's response, a pleading must be filed no later than **March 9, 2020**.

**IT IS SO ORDERED.**

DATED: February 19, 2020

_____
JOHN A. HOUSTON
United States District Judge

1