UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HAYS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MONETARY FINANCIAL SERVICES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv44-JAH (AHG)<br><br>**ORDER GRANTING JOINT MOTION TO STAY BRIEFING ON DEFENDANT'S MOTION TO DISMISS** |

On March 6, 2020, Plaintiff, Michael J. Hays, and Defendant, Monetary Financial Services, LLC, filed a joint motion to stay this case pending arbitration. [Doc. No. 6].

IT IS HEREBY ORDERED that the parties' joint motion is **GRANTED**. Briefings on Defendant's motion to dismiss will be stayed pending the outcome of arbitration.

**IT IS SO ORDERED.**

DATED: March 4, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. John A. Houston
　　　　　　　　　　　　　　　　　　United States District Judge

1