UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. HAYS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 20cv0044-JAH (AHG)<br><br>**ORDER VACATING HEARING** |

In accordance with the granting of the joint motion to stay briefing on Defendant's motion to dismiss (Doc. No. 7), the hearing set for March 23, 2020, is VACATED.

**IT IS SO ORDERED.**

Dated: March 18, 2020

Hon. John A. Houston
United States District Judge

1